# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

June 15th, 2016

FILED ENTERED
LOGGED RECEIVED
JUN 22 2016
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

Kristina Donnelly
P.O. Box 700
Jessup, Maryland 20794

Re: Civil Action No. 8:16-cv-01541-DKC

Dear Litigation Coordinator:
You have received an electronic link to a complaint and any related documents for each of the defendants listed on the next page, and an Order which requires you to inform this Court as to whether you are accepting or refusing services on behalf of these defendants.

Please inform this Court within twenty–one (21) days from the date of this letter by placing the date in the applicable space on the next page and returning a copy of this letter to the Clerk of the Court, United States District Court, 6500 Cherrywood Lane, Greenbelt, MD 20770, and to Assistant Attorney Stephanie Lane–Weber, Correctional Litigation Unit, 200 St. Paul Place, Baltimore, MD 21202.

In the event you have any questions of this court, or if the pleadings you receive are incomplete, please contact the Deputy Clerk at (410) 962–2600.

Your anticipated cooperation will help to expedite service of process and the progress of civil cases in this Court.

Sincerely,
FELICIA C. CANNON, CLERK

By: B. Ulander
Deputy Clerk

Accepted and Received by:
K M Donnelly
Litigation Coordinator

RE: Civil Action No. 8:16−cv−01541−DKC

| DEFENDANTS | DATE ACCEPTED | DATE REFUSED |
|---|---|---|
| Wexford Medical Services, Inc. | | 6/17/2016 |
| DPSCS | | 6/17/2016 |
| PA Moss | | 6/17/2016 |
| PA Emmanual | | 6/17/2016 |
| PA Mike Romain | | 6/17/2016 |
| PA Matthew Carpenter | | 6/17/2016 |
| PA Pricilla MoMolt | | 6/17/2016 |
| PA Titilvo Otunga | | 6/17/2016 |
| Mrs. Bailey, RN | | 6/17/2016 |
| Brenda Taft Hall, RNP | | 6/17/2016 |
| Oladipo Oladeyo, RNP | | 6/17/2016 |
| Mary Rockefeller, NP | | 6/17/2016 |
| Alenda Bernard, NP | | 6/17/2016 |
| Zowie Sheena Barnes, MD | | 6/17/2016 |
| Bolaji Onabjo, MD | | 6/17/2016 |
| Darryl Hill, MD | | 6/17/2016 |
| Getachew Tefferra, MD | | 6/17/2016 |