IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROGER HAUTH, 307983 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | Civil Action No. DKC-16-1541 |
| | * | |
| WEXFORD HEALTH SOURCES, INC. | * | |
| DPSCS, *Dep't. of Public Safety and* | * | |
| *Correctional Services,* | * | |
| JOHN MOSS, PA, | * | |
| EMMANUAL ESIANOR, PA, | * | |
| MIKE ROMAIN, PA, | * | |
| MATTHEW CARPENTER, PA, | * | |
| PRICILLA MOMOH, PA, | * | |
| TITILAYO OTUNUGA, PA, | * | |
| MRS. BAILEY, RN, | * | |
| BRENDA TAFT HALL, RNP, | * | |
| OLADIPO OLAEYE, | * | |
| MARY ROCKEFELER, PA | * | |
| BERNARD ALENDA, NP, | * | |
| ZOWIE SHEENA BARNES, MD, | * | |
| BOLAJI ONABJO, MD, | * | |
| DARRYL HILL, MD, | * | |
| GETACHEW TEFFERA, MD, | * | |
| DR. PATINO, | * | |
| DR. CUFFEY, | * | |
| DR. AZIZ, | * | |
| KIM CARTER, | * | |
| MILLICENT JENKINS, | * | |
| MUMBY & SIMMONS, PC, | * | |
| CORRECTIONAL DENTAL ASSOCIATES, | * | |
| | * | |
| Defendants | * | |
| | *** | |

**ORDER**

For reasons stated in the foregoing Memorandum Opinion, it is this 14th day of April, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to amend the docket to reflect the correct spelling of Defendants' names as indicated in the court's Memorandum Opinion at footnote 1;

2. Mike Romain, Mrs. Bailey, and Brenda Taft Hall ARE DISMISSED as defendants;

3. The Wexford defendants' motion to dismiss or in the alternative for summary judgment (ECF No. 30), IS GRANTED. The claims against Wexford Health Sources, Inc. ARE DISMISSED with prejudice. Summary judgment IS ENTERED in favor of John Moss, PA, Emmanuel Esianor, PA, Matthew Carpenter, PA, Priscilla Momoh, PA, Titilayo Otunuga, PA, Oladipo Olaleye, PA, Mary Rockefeller, PA, Zowie Sheena Barnes, MD, Bolaji Onabajo, MD, Darryl Hill, MD, Getachew Tefferra, MD, Kimberly Carter, RN, Millicent Jenkins, RN, and Bernard Alenda, NP;

4. The DPSCS' motion to dismiss (ECF No. 37) IS GRANTED, and the claims against DPSCS ARE DISMISSED with prejudice;

5. The motion to dismiss or, in the alternative, for summary judgment filed by defendants Mumby & Simmons Dental Consultants, P.C., Hayden Patino, D.D.S., and Andrew Aziz, D.D.S. (ECF No. 52) IS GRANTED. The claims against Mumby & Simmons ARE DISMISSED. Summary judgment IS ENTERED in favor of Dr. Aziz and Dr. Patino;

6. The motion to dismiss or, in the alternative, motion for summary judgment filed by Correctional Dental Associates (ECF No. 59), IS GRANTED and the claims against it ARE DISMISSED with prejudice;

7. Dr. Floretta Cuffey's motion to dismiss or in the alternative, motion for summary judgment (ECF No. 56), treated as a motion for summary judgment, IS GRANTED and judgment IS ENTERED in her favor;

8. The Clerk SHALL CLOSE this case; and

9. The Clerk SHALL SEND a copy of this Order and Memorandum Opinion to Roger Hauth and to Defendants' counsel.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge